# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2017

154758

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

CESAR R. VALLADOLID,
      Defendant-Appellant.

SC: 154758
COA: 334069
Kent CC: 04-000427-FC

_____/

On order of the Court, the application for leave to appeal the September 22, 2016 order of the Court of Appeals is considered. With regard to the defendant's claim of new evidence, leave to appeal is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). In all other respects, leave to appeal is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2017



Clerk

a1218